AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 12 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Jose Manuel Lopez-Castellanos
A096 386 770

IAE  YOB: 1974
United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-15-0748-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 10, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Pharr, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Manuel Lopez-Castellanos was encountered by Border Patrol Agents near Pharr, Texas on May 10, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 10, 2015, near Pharr, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 18, 2015, through Eagle Pass, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 28, 2014, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to sixteen (16) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and subscribed in my presence,

**May 12, 2015**

**Peter E. Ormsby**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Complainant

Michael K. Garza   Senior Patrol Agent

Signature of Judicial Officer